# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

KASEY EUGENE BARNES

VERSUS

BARNES LUMBER COMPANY, INC.,
LINDA W. BARNES, JOHNNY R.
BARNES, RONNIE N. BARNES,
AND BILLY J. BARNES

NO.   2021 CW 0442

JULY 6, 2021

---

In Re:   Kasey Eugene Barnes, applying for supervisory writs,
20th Judicial District Court, Parish of East
Feliciana, No. 46245.

---

**BEFORE:   CHUTZ, PENZATO, AND LANIER, JJ.**

   **WRIT GRANTED.**   The portion of the trial court's March 25,
2021 judgment granting, in part, the motion for summary judgment
filed by defendants, Barnes Lumber Company, Inc. (hereinafter
"Barnes Lumber Company"), Linda W. Barnes, Johnny R. Barnes,
Ronnie N. Barnes, and Billy J. Barnes, is reversed.  We find
there exist genuine issues of material fact regarding plaintiff,
Kasey Eugene Barnes', percentage ownership, if any, in Barnes
Lumber Company.  Accordingly, the motion for summary judgment is
denied as to Kasey Eugene Barnes' percentage ownership in Barnes
Lumber Company.

**WRC**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
  DEPUTY CLERK OF COURT
     FOR THE COURT